THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jerry Lewis
 Sanders, Appellant.
 
 
 

Appeal From Florence County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2009-UP-221
Submitted April 1, 2009  Filed May 26,
 2009   
AFFIRMED

 
 
 
 Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 of Columbia, and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Jerry Lewis
 Sanders appeals his conviction for possession of a pistol by a person convicted
 of a violent crime.  On appeal, Sanders argues: (1) the trial
 court erred in finding his prior assault and battery of a high and aggravated
 nature with a gun was a crime of violence under section 16-23-10(3) of the South
 Carolina Code; and (2) the trial court violated Rule 404(b), SCRE by allowing
 the State to introduce evidence Sanders was convicted of a crime of violence.  We
 affirm pursuant to Rule 220(b), SCACR, and the authority that follows.  
As
 to Sanders first argument: S.C. Code Ann. § 16-23-10(3) (Supp. 2008) (defining
 assault with a dangerous weapon as a
 crime of violence).  As to Sanders second argument: State v. Turner, 373
 S.C. 121, 126 n.1, 644 S.E.2d 693, 696 n.1 (2007) (finding appellants
 argument unpreserved for appellate review where appellant failed to object at
 trial).
AFFIRMED.[1]
HEARN, C.J.,
 PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.